IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3004 |
| V. | ) | |
| ANDJAUN DIANDRA DIVERS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

(1) The government's request for hearing is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filings 68 and 72) has been set before the undersigned United States district judge on Wednesday, September 25, 2013, at 1:00 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

DATED this 28th day of August, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge